IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| H.B. WILLIAMSON CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 15–cv–0862–MJR–DGW |
| | ) |
| ILL-EAGLE ENTERPRISES, LTD, and | ) |
| DARRYL SGROI, a/k/a Darryl Sage, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS

**REAGAN, Chief Judge:**

This case stems from an earlier case, No. 14-0575, in which H.B. Williamson and Ill-Eagle sued each other over a business dispute. (The companies manufacture, design and distribute home décor products for sale in retail stores.) That case settled (*see* No. 14-0575, Doc. 33), was dismissed by joint motion of the parties in April 2015, and final judgment was entered on May 5, 2015.

The instant case is a contract dispute brought pursuant to the Court's diversity jurisdiction, in which H.B. Williamson has sued to enforce the Settlement Agreement from the earlier case. Defendants filed a confession of judgment, and have agreed on the record that **(1)** Plaintiff's motion for judgment on the pleadings (Doc. 14) should be granted, and **(2)** final judgment should be entered.

Accordingly, the Court **GRANTS (Doc. 14)** Plaintiff's motion for judgment on the pleadings, and directs the Clerk to enter final judgment for Plaintiff, and

1

against Defendant Ill-Eagle (in the amount of $313,861.91) and against Defendant Sgroi (in the amount of $130,000.00).

IT IS SO ORDERED.
DATE: August 26, 2015

s/ *Michael J. Reagan*
MICHAEL J. REAGAN
Chief Judge
UNITED STATES DISTRICT COURT